AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

| UNITED STATES | **AMENDED EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| EMMANUAL COLON-SANCHEZ | Case Number: 5:20-cr-00012 |

| PRESIDING JUDGE<br>Marina Garcia-Marmolejo | PLAINTIFF'S ATTORNEY<br>Adam Esquire Harper | DEFENDANT'S ATTORNEY<br>Uriel Druker/Marc Gonzalez |
|---|---|---|
| TRIAL DATE (S)<br>March 4, 2020 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 3/3/2020 | | | Custodian of Records-American Best Value Inn |
| | 2 | 3/3/2020 | | | 2_D's Interview Photograph1.pdf |
| | 3 | 3/3/2020 | | | 3_D'Interview Photograph2.pdf |
| | 4 | 3/4/2020 | | | Exhibit 14- Towing Enforced sign |
| | 5 | 3/4/2020 | | | Exhibit 15- Towing Enforced sign |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages